UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Criminal No. 12-cr-0016-01-JL

Aida Marqeuz

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted. Counsel should not assume further continuances will be granted. And although the court does not wish to make too much of this or impose too much of a burden, counsel are asked to provide a more substantive explanation in support of such requests in this and all cases. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference. Trial is rescheduled to the 2 week period beginning October 2, 2012 at 09:30a.m.and Final Pretrial is rescheduled for September 24, 2012 at 3:00p.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: July 17, 2012

cc: Terry Ollila, AUSA
     Lawrence Vogelman, Esq.
     U.S. Marshal
     U.S. Probation